JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICHARD LEE THOMAS,<br>    Petitioner,<br>v.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>    Respondent. | No. 5:21-cv-00246-CJC (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 22, 2021

_____
CORMAC J. CARNEY
United States District Judge